UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARFARAZ MOHAMMED,

         Petitioner,

    v.

RON MURRAY et. al.,

         Respondents.

No.  1:25-CV-01761-TLN-DMC

**ORDER**

Petitioner, an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 16, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  *See* ECF No. 12.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 16, 2026, are adopted in full;

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED as to Petitioner's claims that his re-detention violates due process;

3. Petitioner Sarfaraz Mohammed be RELEASED IMMEDIATELY from Respondents' custody under the same conditions he was released previously. At the time of release, Respondents must return all of Petitioner's documents and possessions;

4. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven day notice and a hearing before a neutral fact-finder where Respondents show: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall be allowed to have counsel present;

5. Petitioner's motion to set hearing or issue ruling (ECF No. 11) is DENIED AS MOOT;

6. By February 6, 2026, Respondents must file a notice certifying compliance with this order; and

7. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Date: February 4, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2